■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEROY DORSEY, Appellant. [4 NYS3d 921]—Appeal by the defendant, as limited by his brief, from so much of an order of the Supreme Court, Kings County (Dowling, J.), entered September 24, 2012, as denied, without a hearing, that branch of his motion which was pursuant to CPL 440.30 (1-a) for DNA testing.

Ordered that the order is affirmed insofar as appealed from.

The Supreme Court properly denied, without a hearing, that branch of the defendant's motion which was pursuant to CPL 440.30 (1-a) for DNA testing. The defendant failed to specify the evidence he wanted to have tested and failed to show that there was a reasonable probability that the verdict would have been more favorable to him had the DNA testing been performed and the results admitted at trial (*see People v Griffin*, 121 AD3d 1127 [2014]; *People v Bellezza*, 119 AD3d 598 [2014]; *People v Bailey*, 35 AD3d 491 [2006]). Dillon, J.P., Dickerson, Hall and LaSalle, JJ., concur. 